PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Cristian A. Torres-Olmedo  Cr.: 22-00243-001
PACTS #: 6324281

Name of Sentencing Judicial Officer:  THE HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/16/2022

Original Offense:  Count 1: Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. 841(a)(1) and (b)(1)(C), a Class C Felony

Original Sentence: Time Served (1098 Days imprisonment); 36 months supervised release

Special Conditions: Special Assessment; Alcohol/Drug Testing and Treatment; Gang/Criminal Associations Prohibition; Immigration and Customs Enforcement Compliance; Mental Health Treatment; Consent to Search; Life Skills/Education; Motor Vehicle Compliance.

Type of Supervision: Supervised Release  Date Supervision Commenced: 08/16/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.'** |
| | On August 17, 2022, during a home visit, Mr. Torres-Olmedo admitted he was using K2 daily at Essex County Jail. K2 is a synthetic mixture of plant material sprayed with synthetic psychoactive chemicals. He also admitted to drinking "lean" and using suboxone the day prior to his release from custody. Lean is a liquid mixture containing codeine syrup and soda. He signed an admission form for these substances. |
| | On October 4, 2022, during an office contact, Mr. Olmedo-Torres admitted he smoked a small amount of marijuana on or about September 30, 2022. He denied using any other illicit substances. |

Prob 12A – page 2
Cristian A. Torres-Olmedo

U.S. Probation Officer Action:

Mr. Torres-Olmedo was sentenced by Your Honor to time served and a three-year term of supervised release for Possession with Intent to Distribute Cocaine. His term of supervision commenced on August 16, 2022. Mr. Torres-Olmedo resides with his mother and siblings in Union City, New Jersey. He is currently employed as a construction worker at High Ground Industrial earning $25 hourly.

On August 25, 2022, Mr. Torres-Olmedo completed an intake and assessment at Addictions and Mental Health Services in Jersey City for co-occurring services. Mr. Torres-Olmedo is being treated for bipolar disorder, anxiety, and schizoaffective disorder. He stated he discontinued his psychiatric medications due to its side effects and feeling lethargic. Our office has communicated this information to the provider and encouraged him to discuss his options with the psychiatrist. We will continue to closely monitor his need for psychotropic medications as well as his attendance and participation in treatment. Additionally, Mr. Torres-Olmedo is receiving Suboxone medicated assisted treatment to aid in his chronic polysubstance history. The probation office will continue to conduct random urinalysis tests to ensure he is abstaining from illicit substance use. At this time, the probation office is respectfully requesting no formal Court action.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   IVETTELIS PEREZ
      Senior U.S. Probation Officer

/ ip

APPROVED:

_____   October 13, 2022
CARRIE H. BORONA                  Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

October 14, 2022
Date