PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Cristian A. Torres-Olmedo     Cr.: 22-00243-001
    PACTS #: 6324281

Name of Sentencing Judicial Officer:    THE HONORABLE SUSAN D. WIGENTON
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/16/2022

Original Offense:    Count 1: Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), a Class C Felony

Original Sentence: Time Served (1098 Days imprisonment); 3 years supervised release

Special Conditions: Special Assessment; Alcohol/Drug Testing and Treatment; Gang/Criminal Associations Prohibition; Immigration and Customs Enforcement Compliance; Mental Health Treatment; Consent to Search; Life Skills/Education; Motor Vehicle Compliance

Type of Supervision: Supervised Release                  Date Supervision Commenced: 08/16/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     The individual under supervision has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.'**

On March 3, 2023, Mr. Torres-Olmedo reported to the probation office and submitted a urinalysis which tested positive for marijuana and cocaine.

On Sunday, March 12, 2023, the undersigned officer conducted a home visit at Mr. Torres-Olmedo's residence. He submitted a urinalysis which tested positive for alcohol, marijuana, cocaine, and benzodiazepines. Mr. Torres-Olmedo admitted he had been "partying since Friday" and admitted to ingesting several substances, some of which he could not recall.

Prob 12A – page 2
Cristian A. Torres-Olmedo

U.S. Probation Officer Action:

Mr. Torres-Olmedo was sentenced by Your Honor to time served and a three-year term of supervised release for Possession with Intent to Distribute Cocaine. His term of supervision commenced on August 16, 2022. Mr. Torres-Olmedo resides with his mother and siblings in Union City, New Jersey. He is currently employed as a construction worker at High Ground Industrial earning $25 hourly.

On August 25, 2022, Mr. Torres-Olmedo completed an intake and assessment at Addictions and Mental Health Services in Jersey City for co-occurring services. Mr. Torres-Olmedo was referred for services based on his diagnosis of bipolar disorder, anxiety, schizoaffective disorder, and polysubstance use. He stated he discontinued his psychotropic medications due to their side effects and feeling lethargic. Mr. Torres-Olmedo was being prescribed Suboxone by this provider. He was not receiving substance abuse counseling and admitted he was not taking the Suboxone as prescribed, stating he did not need it. Our office does not contract with this provider, which creates some barriers to the recommended treatment.

Accordingly, on March 1, 2023, Mr. Torres-Olmedo completed a mental health evaluation at Somerset Psychological Services. Based on the information provided during his intake, it appears he minimized his illegal substance use. Mr. Torres-Olmedo will be participating in mental health treatment with this provider moving forward.

Mr. Torres-Olmedo is scheduled for a substance abuse intake and assessment at Oaks Integrated Care on March 30, 2023, to determine the level and frequency of treatment needed. He admitted to using several illegal substances recently but pleaded with the undersigned officer and asked that he be allowed to participate in outpatient treatment to maintain his employment. He stated he rather be incarcerated than participate in a residential program. Our office is willing to allow Mr. Torres-Olmedo an opportunity to prove his ability to remain abstinent.

The probation office will continue to conduct random urinalysis tests to ensure he is abstaining from illicit substance use. Currently, the probation office is respectfully requesting no formal Court action.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: IVETTELIS PEREZ
Senior U.S. Probation Officer

/ ip

APPROVED:

_____  March 20, 2023
CARRIE H. BORONA            Date
Supervising U.S. Probation Officer

Prob 12A – page 3
Cristian A. Torres-Olmedo

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

March 22, 2023
_____
Date