PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Cristian A. Torres-Olmedo     Cr.: 22-00243-001
                                                                                                                                              PACTS #: 6324281

Name of Sentencing Judicial Officer:     THE HONORABLE SUSAN D. WIGENTON
                                                                      UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/16/2022

Original Offense:     Count One: Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), a Class C Felony

Original Sentence: Time Served (1098 Days imprisonment); 3 years supervised release

Special Conditions: Special Assessment; Alcohol/Drug Testing and Treatment; Gang/Criminal Associations Prohibition; Immigration and Customs Enforcement Compliance; Mental Health Treatment; Consent to Search; Life Skills/Education; Motor Vehicle Compliance

Type of Supervision: Supervised Release                                    Date Supervision Commenced: 08/16/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.'** |
| | On March 30, 2023, Mr. Torres-Olmedo submitted a urinalysis sample which tested positive for marijuana, cocaine, and prescribed buprenorphine. |
| | On April 17, Mr. Torres-Olmedo submitted a urinalysis sample which tested positive for marijuana and prescribed buprenorphine. |
| | On April 24, 2023, Mr. Torres-Olmedo submitted a urinalysis sample which tested positive for amphetamines, marijuana, cocaine, fentanyl, and opiates. |

Prob 12A – page 2
Cristian A. Torres-Olmedo

U.S. Probation Officer Action:

Mr. Torres-Olmedo was sentenced by Your Honor to time served and a three-year term of supervised release for Possession with Intent to Distribute Cocaine. His term of supervision commenced on August 16, 2022. Mr. Torres-Olmedo resides with his mother and siblings in Union City, New Jersey. He was previously employed as a construction worker at High Ground Industrial earning $25 hourly and left to attend short-term treatment. He is currently trying to reinstate his employment.

On March 31, 2023, Mr. Torres-Olmedo was referred for a mental health and substance abuse evaluation at Oaks Integrated Care in Montclair, New Jersey. He was previously attending Somerset Psychological Group through telehealth, but the psychiatrist was not licensed to prescribe buprenorphine. Based on his continued drug use, Mr. Torres-Olmedo entered short-term residential treatment at Turning Point in Paterson, New Jersey on May 16, 2023. He was successfully discharged on June 12, 2023, and is resuming outpatient treatment at Oaks Integrated Care.

In the past, Mr. Torres-Olmedo attended residential treatment at the age of 16 and stated he was not mature enough to take treatment seriously. Although he was initially hesitant about the program, he identified his desire to remain compliant and change behaviors to avoid further negative consequences. He also identified healthy coping skills to manage triggers.

The probation office will continue to conduct random urinalysis tests and monitor his compliance with outpatient treatment. Currently, the probation office is respectfully requesting no formal Court action.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   IVETTELIS PEREZ
Senior U.S. Probation Officer

/ ip

APPROVED:

_____  June 26, 2023
CARRIE H. BORONA                  Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

June 26, 2023
Date